# NO. 12-23-00271-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *APPLIED CONSULTANTS, INC., A TEXAS CORPORATION, APPELLANT* | § | *APPEAL FROM THE 188TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *BTH BANK, NATIONAL ASSOCIATION, A NATIONAL BANKING ASSOCIATION, APPELLEE* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Applied Consultants, Inc., filed an unopposed motion to dismiss this appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered January 3, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 3, 2024**

**NO. 12-23-00271-CV**

**APPLIED CONSULTANTS, INC., A TEXAS CORPORATION,**
Appellant
V.
**BTH BANK, NATIONAL ASSOCIATION, A NATIONAL BANKING ASSOCIATION,**
Appellee

Appeal from the 188th District Court
of Gregg County, Texas (Tr.Ct.No. 2022-216-A)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*